No. 77–152. BETH ISRAEL HOSPITAL v. NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari granted. ▆

No. 77–642. PARKER, ACTING COMMISSIONER OF PATENTS AND TRADEMARKS v. FLOOK. C. C. P. A. Certiorari granted.

No. 76–1464. UNIVERSITY OF CHICAGO AND ARGONNE v. McDANIEL. C. A. 7th Cir. Certiorari denied. ▆

No. 77–246. TURLEY v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied. ▆

No. 77–483. SAFFRON v. DEPARTMENT OF THE NAVY ET AL. C. A. D. C. Cir. Certiorari denied. ▆

No. 77–521. GENERAL MOTORS CORP. v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. ▆

No. 77–581. R. H. MACY & CO., INC., ET AL. v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN (MICROELECTRONIC SYSTEMS CORPORATION OF AMERICA, REAL PARTY IN INTEREST). C. A. 6th Cir. Certiorari denied.

No. 77–587. HARR ET VIR v. PRUDENTIAL FEDERAL SAVINGS & LOAN ASSN.; and HARR ET AL. v. FEDERAL HOME LOAN BANK BOARD. C. A. 10th Cir. Certiorari denied. ▆

No. 77–599. PARKHILL-GOODLOE CO., INC., ET AL. v. McINTOSH ET AL. C. A. 5th Cir. Certiorari denied. ▆

No. 77–613. NOLAN v. NATIONAL TRANSPORTATION SAFETY BOARD. C. A. 10th Cir. Certiorari denied.